NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KEVIN LOPEZ,                        )
                                   )
              Appellant,           )
                                   )
v.                                 )      Case No. 2D18-2103
                                   )
STATE OF FLORIDA,                  )
                                   )
              Appellee.            )
_____ )

Opinion filed July 12, 2019.

Appeal from the Circuit Court for
Manatee County; Deno G. Economou,
Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant
Public Defender, Bartow, for Appellant.


PER CURIAM.


              Affirmed.


KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.